

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:    Antonella Apuzzo DiPortanova and Paul Piero DiPortanova **V.** James
                        Patrick Smith ( Court Appointed Guardian), Tina Lamatta, ( Court
                        Appointed Guardian of the Person), and Richard E. Monroe, Jr. (
                        Court Appointed  Guardian of the Estate

Appellate case number:  01-10-01019-CV

Trial court case number: 94467438

Trial court:            Probate Court No 2 of Harris County

Date motion filed:      1/15/13

Party filing motion:    Appellants

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**

Judge's signature: /s/  Sherry Radack
                        ☐ Acting Individually ☒  Acting for the Court

Panel consists of: Chief Justice Radack and Justices Bland and Huddle

Date:  February 27, 2013